**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-23567-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL MENDEZ REVILLA,

    Defendant.

_____ /

**REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on the Parties' Joint Motion for Entry of Consent Judgment Revoking Naturalization (ECF No. 10). The matter was referred to the undersigned by the Honorable K. Michael Moore, United States District Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law regarding all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. (ECF No. 5). The Motion, signed by counsel for both Parties, represents that Defendant has been advised by counsel and joins in the relief advanced in the instant Joint Motion (ECF No. 10). Defendant has therein admitted that he illegally procured his naturalization, as described in Count II of the Complaint. The Joint Motion further represents that counseled Defendant agrees that denaturalization is proper. The Parties have accordingly requested that the District Court enter judgment in the form attached to their Joint Motion, and the undersigned respectfully **RECOMMENDS** that:

    (1) The Parties' Joint Motion for Entry of Consent Judgment Revoking Naturalization (ECF No. 10) be **GRANTED**;

(2) The District Court enter judgment in favor of Plaintiff United States of America, and against Defendant Miguel Mendez Revilla, as to Count II of the Complaint;

(3) The remaining counts in the Complaint be **DISMISSED, as moot**;

(4) The District Court **FIND** and **DECLARE** that Defendant illegally procured his United States citizenship;

(5) The District Court **REVOKE** and **SET ASIDE** the order admitting Defendant to United States citizenship, effective as of the original date of that order, March 29, 2013;

(6) Certificate of Naturalization No. 35861802 be **CANCELED**, effective as of the original date of the certificate, March 29, 2013;

(7) Defendant be forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his March 29, 2013 naturalization;

(8) Defendant be ordered, within fourteen (14) days of an Order adopting this Report and Recommendation, to surrender and deliver his Certificate of Naturalization, any and all United States passports and passport cards, and any other indicia of United States citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to Counsel for the United States, Bradley M. Brinkman; and

(9) The Parties be ordered to appear for a compliance hearing before the District Court or before the undersigned, at which Defendant must demonstrate that he has complied with a judgment entered by the District Court, unless the United States provides notice that Defendant has fully complied and that judgment is satisfied.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Court Judge for the Southern District of Florida, by no later than **January 30, 2023**.[1] Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers, at Miami, Florida, this 24th day of January, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable K. Michael Moore
      Counsel of Record

---

[1] The period for objections is shortened in order to effectuate the Parties' intended joint relief.